# In The United States Court of Federal Claims

Cover Sheet 04-0096C

Plaintiff(s) or Petitioner(s)
BWX Technologies, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Stephen D. Harvey

Firm Name: BWX Technologies, Inc.

Post Office Box:

Street Address: 2016 Mount Athos Road

City-State-Zip: Lynchburg, VA 24504-5447

Telephone & Facsimile Numbers: (434) 522-6690 / Ph (434) 522-6950 / Fax

E-mail address: sdharvey@mcdermott.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Contract for transportation and disposal of spent nuclear fuel and/or high level radioactive waste

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003