ORIGINAL

# In the United States Court of Federal Claims

FILED
FEB 1 8 2004
U.S. COURT OF FEDERAL CLAIMS

**No. 04-96C**
**(Filed: February 18, 2004)**

* * * * * * * * * * * * * * * * *

**BWX TECHNOLOGIES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

A review of the pleadings indicates that I am disqualified from this proceeding pursuant to 28 U.S.C. § 455(b)(3). Accordingly, the matter is returned to the Clerk of the Court for random reassignment to another Judge.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge