IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-96-C

(Filed: February 27, 2004)

BWX TECHNOLOGIES, INC., )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant, )

ORDER

When this case was filed, the Clerk of the Court designated it to be included in the Court's ADR Pilot Program in accordance with General Order No. 40, as amended, and the Court's Notice of ADR Pilot Program. On February 18, 2004, the judge to whom the case was originally assigned entered an order of recusal, and on that same date this case was reassigned to this chambers.

This chambers does not participate in the Court's ADR Pilot Program. Accordingly, the Clerk of the Court shall remove the designation of this case as an ADR Pilot Program case and remove the designation of Judge Christine O.C. Miller as the ADR judge for this case.

Further proceedings in this case shall progress in accordance with the Rules of this Court.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge