No. 04-0096C
(Judge Lettow)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

BWX TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS OR, IN THE ALTERNATIVE, FOR COORDINATED DISCOVERY REGARDING RATE AND SCHEDULE ISSUES

---

STEPHEN D. HARVEY
Attorney
BWX Technologies, Inc.
2016 Mt. Athos Road
Lynchburg, VA 24504-5557
Tele: (434)522-6690
Fax: (434)522-6950
e-Mail: sdharvey@bwxt.com

Attorney for Plaintiff

April 7, 2004

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BWX TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 04-0096C |
| | ) | (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS OR, IN THE ALTERNATIVE, FOR COORDINATED DISCOVERY REGARDING RATE AND SCHEDULE ISSUES

Plaintiff does not object to Defendant's above titled motion.

Respectfully submitted,

/s/ Stephen D. Harvey

STEPHEN D. HARVEY
Attorney
BWX Technologies, Inc.
2016 Mt. Athos Road
Lynchburg, VA 24504-5557
Tele: (434)522-6690
Fax: (434)522-6950
e-Mail: sdharvey@bwxt.com

Attorney for Plaintiff

April 7, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2004, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS OR, IN THE ALTERNATIVE, FOR COORDINATED DISCOVERY REGARDING RATE AND SCHEDULE ISSUES" was filed electronically. I understand that notice of this filling will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen D. Harvey