IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-96-C

(Filed: June 29, 2004)

| | |
|---|---|
| BWX TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |

SCHEDULING ORDER

A status conference in this case shall be held on August 31, 2004, commencing at 9:30 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. The courtroom in which the status conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge