IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-96-C

(Filed: February 12, 2008)

BWX TECHNOLOGIES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

SCHEDULING ORDER

A status conference in this case shall be held by telephonic means on Wednesday, February 20, 2008, commencing at 10:00 a.m. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge