IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BWX TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0096C |
| | ) | (Judge Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Scott Slater as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Scott Slater
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: February 13, 2008

s/Scott Slater
Scott Slater
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0467
Facsimile: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 13th day of February 2008, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater