IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-96-C

(Filed: February 20, 2008)

| | |
|---|---|
| BWX TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |

ORDER

At a status conference held today, the parties reported that they are engaged in active settlement discussions. The parties have requested additional time to pursue those discussions.

The court asks the parties to submit a joint status report on or before August 20, 2008, addressing the status of their settlement discussions and proposing a plan for future proceedings in this action.

It is so ORDERED.

s/ Charles F. Lettow
Judge