IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BWX TECHNOLOGIES, INC., Plaintiff, | ) | |
| v. | ) | No. 04-0096C (Judge Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to the dismissal, with prejudice, of all claims encompassed within plaintiff's complaint that accrued on or before January 28, 2004, the date upon which plaintiff filed its complaint in this Court, with each party to bear its own expenses, costs, and attorney fees. Because, in accordance with the decision of the United States Court of Appeals for the Federal Circuit in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005), any claims that accrued after January 28, 2004, are not a part of this action, the parties stipulate to the dismissal of this action in its entirety, without prejudice to plaintiff's right (subject to any appropriate statute of limitations) to attempt to recover damages in the future for claims accruing after January 28, 2004.

Respectfully submitted,

s/ Stephen D. Harvey
STEPHEN D. HARVEY
BWX Technologies, Inc.
2016 Mount Athos Road
Lynchburg, Virginia 24504-5447
(434) 522-6690 (phone)
(434) 522-6950 (fax)

Attorney for Plaintiff

Dated: July 1, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Scott D. Slater
SCOTT D. SLATER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0467
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Attorneys for Defendant

Dated: July 1, 2008

CERTIFICATE OF FILING

I hereby certify that on this 1st day of July 2008, a copy of foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Stephen D. Harvey